UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSEPH J. WELCH, JR.,
Individually and on behalf
of the People of the State
of California,                              No. 2:11-cv-01957-MCE-KJN

       Plaintiff,

  v.                                        **ORDER DISMISSING CASE**

WILLIAM C. VICKREY,
Individually and in his
capacity as Administrative
Director of the Administrative
Office of the Courts; THE
SUPREME COURT OF THE STATE OF
CALIFORNIA, Individually and
in their capacity as Supreme
Court Justices; and DOES 1-
300,

       Defendants.

----oo0oo----

    The present case, which challenges the California judiciary's funding of new courthouse direction, was filed on July 25, 2011 and has never been served.  On June 21, 2012, this Court issued an Order to Show Cause ("OSC") as to why the action should not be terminated due to its inactivity.

1

1  That OSC prompted Plaintiff's counsel, Dennis Fleming, to file,
2  on July 10, 2012, the Motion to Dismiss now before the Court.
3  Attorney Fleming requests a voluntary termination of these
4  proceedings because of the lack of funding and resources
5  sufficient to proceed in a competent matter. (Pl.'s Mot., 1:25-
6  28).

   Because no party has appeared, under Federal Rule of Civil
Procedure 41(a) Plaintiff could have terminated this matter by
the filing of a notice of dismissal.  The Court will construe
Plaintiff's Motion (ECF No. 8) as a request for voluntary
dismissal and as such it will be GRANTED.  The Clerk of Court is
hereby directed to close this file.

   IT IS SO ORDERED.

Dated: August 21, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE